UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------ X
                                                      :

UNITED STATES OF AMERICA, ex rel.,              :
ROBERT HARRIS,                                             C.A. No. 10-10068 (GAO)
                                                      :
       Plaintiff-Relator,                              STIPULATION OF DISMISSAL
                                                        : WITH PREJUDICE
   v.

JPMORGAN CHASE & CO., et al.,
                                                      :
       Defendants.
------------------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the remaining claims in the above-captioned action be dismissed in their entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., with no award of counsel fees or costs by the Court to either side.

Dated: June 28, 2013                                   Respectfully submitted,

                                                      /s/ David K. Colapinto
                                                      David K. Colapinto
                                                      Kohn, Kohn & Colapinto, LLP
                                                      3233 P Street, N.W.
                                                      Washington, D.C. 20007-2756
                                                      Tel: (202) 342-6980
                                                      Fax: (202) 342-6984
                                                      Email: dc@kkc.com
                                                      *Attorney for Plaintiff-Relator Robert Harris*

                                                      /s/ Mary Beth Hogan
                                                      Mary Beth Hogan, Esq.
                                                      Debovoise & Plimpton, LLP
                                                      919 Third Avenue
                                                      New York, NY 10022
                                                      Tel: (212) 909-6996
                                                      Fax: (212) 909-6836
                                                      Email: mbhogan@debovoise.com

*Attorney for Defendants JPMorgan Chase*
 *& Co. and JPMorgan Chase Bank, N.A.,*
*for itself and as successor by merger for*
*Chase Home Finance LLC*